**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 98-11160**
**Summary Calendar**

**GEORGE G. JACKSON,**

**Plaintiff-Appellant,**

**VERSUS**

**BURLINGTON NORTHERN AND SANTA FE**
**RAILWAY COMPANY; CORESTAFF; COMSYS, (Cutler Williams),**

**Defendants-Appellees.**

Appeal from the United States District Court
for the Northern District of Texas
(4:98-CV-226-Y)

March 10, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     We have carefully considered the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its order granting defendants' motion to dismiss, filed under date of September 10, 1998, we AFFIRM the final judgment filed on September 10, 1998, which dismissed all claims with prejudice.

     **AFFIRMED.**

---

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.